Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−25542−KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jeffrey Keith Jeremias                        Connie Gerie Jeremias
   32 Avalon Avenue                            32 Avalon Avenue
   Barnegat, NJ 08005                        Barnegat, NJ 08005

Social Security No.:
   xxx−xx−0623                                  xxx−xx−4217

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/10/18
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 17, 2018
JAN: pbf

                                                          Jeanne Naughton
                                                          Clerk, U. S. Bankruptcy Court