Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25542−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey Keith Jeremias                      Connie Gerie Jeremias
   32 Avalon Avenue                            32 Avalon Avenue
   Barnegat, NJ 08005                        Barnegat, NJ 08005

Social Security No.:
   xxx−xx−0623                                    xxx−xx−4217

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/10/18
Time:           10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 17, 2018
JAN: pbf

                                                                     Jeanne Naughton
                                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Jeffrey Keith Jeremias
Connie Gerie Jeremias
    Debtors

Case No. 18-25542-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 17, 2018
                  Form ID: 132     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db/jdb         +Jeffrey Keith Jeremias,    Connie Gerie Jeremias,    32 Avalon Avenue,    Barnegat, NJ 08005-1313
517681996      +Barron Emergency Physicians,    c/o AR Resources, Inc.,    P.O. Box 1056,
                 Blue Bell, PA 19422-0287
517681998      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517681999      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517682000      +Client Services,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
517682005      +Lakeview Loan Servicing, LLC,    PO Box 8068,    Virginia Beach, VA 23450-8068
517682006      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517682007      +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
517682008      +McCabe, Weisberg & Conway, P.C.,    216 Haddon Ave., Suite 201,    Westmont, NJ 08108-2818
517682009      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517682010       Myriad Emergency Physicans, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
517682013      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
517682015      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517682014      +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517682021      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517682017      +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
517682018      +South Shore Bank,    Attn: Bankruptcy,    Po Box 151,    Weymouth, MA 02188-0904
517682019      +South Shore Bank,    Po Box 77404,    Ewing, NJ 08628-6404
517682020      +Southern Ocean Medical Center,    P.O. Box 650292,    Dallas, TX 75265-0292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517681995      +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517681997      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:20:49      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517682001      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 18 2018 00:16:01      Comenitybank/New York,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517682002      +E-mail/Text: e.salmons@doveroilcompany.com Aug 18 2018 00:16:28      Dover Oil Co.,
                 239 Dover Road,    Toms River, NJ 08757-5142
517682003       E-mail/Text: cio.bncmail@irs.gov Aug 18 2018 00:15:38     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517682004      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2018 00:15:28      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517682011      +E-mail/PDF: pa_dc_claims@navient.com Aug 18 2018 00:21:53     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
517682012      +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19      New Jersey E-Z Pass,
                 c/o RMCB,    P.O. Box 1235,    Elmsford, NY 10523-0935
517682016      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 00:21:59
                 Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
517682022       E-mail/Text: tidewaterlegalebn@twcs.com Aug 18 2018 00:15:35      Tidewater Finance Company,
                 6520 Indian River Road,    Virginia Beach, VA 23464
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
lm*            +LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 17, 2018
                              Form ID: 132             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Melissa S DiCerbo    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Connie Gerie Jeremias bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Jeffrey Keith Jeremias bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```