| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: Lakeview Loan Servicing, LLC | Order Filed on February 4, 2019 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| IN re: <br><br> Jeffrey Keith Jeremias <br> Connie Gerie Jeremias <br>         Debtors | Case No.: 18-25542-KCF <br> Chapter: 13 <br> Judge: Kathryn C. Ferguson |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: February 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Alexandra T. Garcia, Esq. |
| Property Involved ("Collateral") | 32 Avalon Avenue, Barnegat, New Jersey 08005 |
| Relief Sought: | ☒ Motion for relief from the automatic stay |
| | ☐ Motion to dismiss |
| | ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings |

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 5 months, from September 1, 2018 to January 1, 2019

   ☒ The Debtor is overdue for 5 payments at $2,436.11 per month.

   ☒ The Debtor has $2,436.00 in suspense

   Total Arrearages Due: $9,744.55

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Immediate payment shall be made in the amount of $5,000.00. Payment shall be made by the Debtors on or before January 20, 2019.

   ☒ The remaining arrears of $4,744.55 shall be cured over 6 months. Beginning on February 1, 2019, additional monthly cure payments shall be made in the amount of $790.76 for 6 month(s).

   ☒ Beginning on February 1, 2019, regular monthly mortgage payment shall continue to be made in the amount of $2,436.11 (the monthly mortgage payment is subject to change).

   ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed. As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

3. Payments to the Secured Creditor shall be made to the following address(es):

   | | | |
   |---|---|---|
   | ☒ | Immediate payment: | Lakeview Loan Servicing, LLC<br>PO Box 8068<br>Virginia Beach, Virginia 23450 |
   | ☒ | Regular monthly payment: | Same as above |
   | ☒ | Monthly cure payment: | Same as above |

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect.  In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion.  Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey Keith Jeremias  
Connie Gerie Jeremias  
    Debtors

Case No. 18-25542-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 04, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.  
db/jdb        +Jeffrey Keith Jeremias,   Connie Gerie Jeremias,   32 Avalon Avenue,   Barnegat, NJ 08005-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2019 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Alexandra T. Garcia    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Melissa S DiCerbo    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Joint Debtor Connie Gerie Jeremias bkwoliver@aol.com, R59915@notify.bestcase.com  
         William H. Oliver, Jr.    on behalf of Debtor Jeffrey Keith Jeremias bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                                       TOTAL: 9