| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Nationstar Mortgage LLC d/b/a Mr. Cooper | Order Filed on July 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>Connie Gerie Jeremias<br>Jeffrey Keith Jeremias<br><br>     Debtors | Case No.: 18-25542<br>Chapter   13<br>Judge:   Michael B. Kaplan |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 2, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 60 Bowline St, Barnegat NJ 08005**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-25542-MBK
Jeffrey Keith Jeremias                                                              Chapter 13
Connie Gerie Jeremias
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 02, 2019
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
db/jdb         +Jeffrey Keith Jeremias,   Connie Gerie Jeremias,   32 Avalon Avenue,   Barnegat, NJ 08005-1313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Creditor    Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Connie Gerie Jeremias bkwoliver@aol.com, R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Jeffrey Keith Jeremias bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                                             TOTAL: 10