Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−25542−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey Keith Jeremias                               Connie Gerie Jeremias
   32 Avalon Avenue                                       32 Avalon Avenue
   Barnegat, NJ 08005                                   Barnegat, NJ 08005
Social Security No.:
   xxx−xx−0623                                             xxx−xx−4217
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 21, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 21, 2019
JAN: bwj

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25542-MBK
Jeffrey Keith Jeremias                                                  Chapter 13
Connie Gerie Jeremias
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2             Date Rcvd: Aug 21, 2019
                            Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
```
db/jdb         +Jeffrey Keith Jeremias,    Connie Gerie Jeremias,    32 Avalon Avenue,    Barnegat, NJ 08005-1313
517681996      +Barron Emergency Physicians,    c/o AR Resources, Inc.,    P.O. Box 1056,
                 Blue Bell, PA 19422-0287
517681999      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517682000      +Client Services,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
517807525      +LAKEVIEW LOAN SERVICING, LLC,    LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
517682005      +Lakeview Loan Servicing, LLC,    PO Box 8068,    Virginia Beach, VA 23450-8068
517682006      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517682007      +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
517682008      +McCabe, Weisberg & Conway, P.C.,    216 Haddon Ave., Suite 201,    Westmont, NJ 08108-2818
517682009      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517682010       Myriad Emergency Physicans, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
517706566      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517682013      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
517751752       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517682015      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517682014      +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517798669     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517682018      +South Shore Bank,    Attn: Bankruptcy,    Po Box 151,    Weymouth, MA 02188-0904
517682019      +South Shore Bank,    Po Box 77404,    Ewing, NJ 08628-6404
517682020      +Southern Ocean Medical Center,    P.O. Box 650292,    Dallas, TX 75265-0292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Aug 22 2019 03:38:00      Ally Financial,    PO Box 130424,
                 Roseville, MN  55113-0004
517709824       EDI: GMACFS.COM Aug 22 2019 03:38:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517681995      +EDI: GMACFS.COM Aug 22 2019 03:38:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
517681997      +EDI: CAPITALONE.COM Aug 22 2019 03:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517725288       EDI: CAPITALONE.COM Aug 22 2019 03:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517770896       EDI: BL-BECKET.COM Aug 22 2019 03:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517681998      +EDI: CHRM.COM Aug 22 2019 03:38:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
517682001      +EDI: WFNNB.COM Aug 22 2019 03:38:00      Comenitybank/New York,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517682002      +E-mail/Text: e.salmons@doveroilcompany.com Aug 21 2019 23:56:14      Dover Oil Co.,
                 239 Dover Road,    Toms River, NJ 08757-5142
517682003       EDI: IRS.COM Aug 22 2019 03:38:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517682004      +E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 23:55:26      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517682011      +EDI: NAVIENTFKASMSERV.COM Aug 22 2019 03:38:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
517682012      +EDI: RMCB.COM Aug 22 2019 03:38:00      New Jersey E-Z Pass,    c/o RMCB,    P.O. Box 1235,
                 Elmsford, NY 10523-0935
517793883       EDI: PRA.COM Aug 22 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,    POB 41067,    Norfolk VA 23541
517793882       EDI: PRA.COM Aug 22 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o New York & Company,    POB 41067,    Norfolk VA 23541
517793881       EDI: PRA.COM Aug 22 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517742899       EDI: Q3G.COM Aug 22 2019 03:38:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517682016      +EDI: RESURGENT.COM Aug 22 2019 03:38:00      Resurgent Capital Services,    Po Box 10587,
                 Greenville, SC 29603-0587
517682017      +EDI: DRIV.COM Aug 22 2019 03:38:00      Santander Consumer USA,    5201 Rufe Snow Drive,
                 Suite 400,    North Richland Hills, TX 76180-6036
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2019
                              Form ID: 148             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517682022         E-mail/Text: tidewaterlegalebn@twcs.com Aug 21 2019 23:55:30      Tidewater Finance Company,
                    6520 Indian River Road,    Virginia Beach, VA 23464
517762077         E-mail/Text: tidewaterlegalebn@twcs.com Aug 21 2019 23:55:30      Tidewater Finance Company,
                    PO Box 13306,    Chesapeake, VA 23325
                                                                                             TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              +LoanCare, LLC,    3637 Sentara Way,   Virginia Beach, VA 23452-4262
517725987*       +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
517682021*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                    P.O. Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francis T. Tarlecki    on behalf of Creditor    Lakeview Loan Servicing, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Connie Gerie Jeremias bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Jeffrey Keith Jeremias bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 11
```